IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
SEP 3 0 2002
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST LOUIS OFFICE

DAVID BERGER and
GERRY TSUPROS,
on behalf of themselves and
others similarly situated,

        Plaintiffs,

-vs-                          CIVIL ACTION NO. 00-584 DRH

SALLY CONKRIGHT and
XEROX CORPORATION RETIREMENT
INCOME GUARANTEE PLAN,

        Defendants.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Motions for Summary Judgment filed by Plaintiffs and Defendant Conkright.

      **IT IS ORDERED AND ADJUDGED** that the Plaintiffs' motion is **GRANTED**. Judgment is entered in favor of **PLAINTIFF CLASS** members and against Defendant **XEROX CORPORATION RETIREMENT INCOME GUARANTEE PLAN.** The RIGP is to provide the Class members with equitable restitution in the form of the wrongfully withheld pension benefits plus prejudgment interest, calculated pursuant to the spreadsheet submitted by the Class and the methodology approved by the Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Conkright's motion for summary judgment is **GRANTED**. Judgment is entered in favor of Defendant **SALLY CONKRIGHT** and against **PLAINTIFF CLASS** members.----------------------------------------------

September 30, 2002

APPROVED /s/ David R. Herndon
**DAVID R. HERNDON**
**U.S. DISTRICT JUDGE**

**NORBERT G. JAWORSKI, CLERK**
BY: /s/ Patricia Brown
Deputy Clerk

EOD: 10-1-02