UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DAVID BERGER, )
 )
    Plaintiff, )
 )
v. ) No. 00-584-DRH
 )
PATRICIA M. NAZAMETZ, and )
XEROX CORPORATION RETIREMENT )
INCOME GUARANTEE PLAN,, )
 )
    Defendant. )

## ORDER

It is ordered that, the fee having been paid,

Movant(s)   Sandra C. Goldstein and Evan R. Chesler

(Address)   Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475

(Telephone # 212-474-1000   (Fax #)   212-474-3700

are admitted to practice pro hac vice (for this case only) before the United States District Court for Southern District of Illinois, as attorney(s) for: Xerox Corporation Retirement Income Guarantee Plan

DATED:   10-15-03

BY ORDER OF COURT:
Norbert G. Jaworski, Clerk

By:_____
    Deputy Clerk

201