IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

AMENDED M I N U T E S

DATE: November 14, 2003

PRESIDING: David R. Herndon
REPORTER: Jennifer Robertson
COURTROOM DEPUTY: Patty Brown

| BERGER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 00-584 DRH |
| XEROX CORP . RIGP, | ) | 9:30-10:00 |
| Defendant. | ) | |

Counsel for Plaintiff(s):      Steve Katz, Doug Sprong & Lee Freeman
Counsel for Defendant(s):   Richard Pautler and Evan Chesler by phone
Class Member:                    Ronald Hull

PROCEEDING:   HEARING ON ATTORNEY FEES (Doc 183)

All parties appear. Motion for attorney fees (Doc 183) continued and will be set at later date. Parties have agreed to a settlement, subject to court approval. Parties to submit proposed settlement documents by November 26, 2003. Preliminary approval hearing scheduled for **December 5, 2003 at 3:00.** Final approval hearing scheduled for January 22, 2004 at 1:30.

215