# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID BERGER and
GERRY TSUPROS,

      Plaintiffs,

v.                                CIVIL ACTION NO. 00-584 DRH

XEROX CORPORATION RETIREMENT
INCOME GUARANTEE PLAN,

      Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Plaintiffs' motion to approve settlement and motion for fees and expenses.

**IT IS ORDERED AND ADJUDGED** that the plaintiff's motion to approve settlement is **GRANTED** and this cause of action is **DISMISSED with prejudice**, the Court retaining jurisdiction to enforce the terms and conditions of the settlement.---------------------------

                              **NORBERT G. JAWORSKI, CLERK**

January 23, 2004                BY: /s/ Patricia A. Brown
                                                    Deputy Clerk

APPROVED: /s/ David R. Herndon      EOD: January 23, 2004
              **DAVID R. HERNDON**
              **U.S. DISTRICT JUDGE**

Case 3:00-cv-00584-DRH   Document 223   Filed 01/23/04   Page 2 of 2   Page ID #195